```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 04260
     STEVEN L HOLLOWELL
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-7982


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/10/2007 and was confirmed 05/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors    5.00%.

     The case was dismissed after confirmation 04/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                  PAID           PAID
--------------------------------------------------------------------------------
SBC ILLINOIS                   UNSECURED        NOT FILED           .00             .00
BALLYS TOTAL FITNESS           UNSECURED        NOT FILED           .00             .00
SWEDISH COVENANT HOSPITA       UNSECURED         10394.23           .00          340.38
COMMONWEALTH EDISON            UNSECURED        NOT FILED           .00             .00
ADVOCATE ILLINOIS MASONI       UNSECURED        NOT FILED           .00             .00
ADVOCATE ILLINOIS MASONI       UNSECURED        NOT FILED           .00             .00
ADVOCATE ILLINOIS MASONI       UNSECURED        NOT FILED           .00             .00
ADVOCATE ILLINOIS MASONI       UNSECURED        NOT FILED           .00             .00
ADVOCATE ILLINOIS MASONI       UNSECURED        NOT FILED           .00             .00
ADVOCATE ILLINOIS MASONI       UNSECURED        NOT FILED           .00             .00
ADVOCATE ILLINOIS MASONI       UNSECURED        NOT FILED           .00             .00
RESURRECTION MEDICAL CEN       UNSECURED        NOT FILED           .00             .00
LABORATORY PHYS                UNSECURED        NOT FILED           .00             .00
ILLINOIS MASONIC MEDICAL       UNSECURED        NOT FILED           .00             .00
ILLINOIS MASONIC MEDICAL       UNSECURED          3879.00           .00          119.05
PEOPLES GAS LIGHT & COKE       UNSECURED          1021.91           .00           31.36
MCI COMMUNICATIONS             UNSECURED        NOT FILED           .00             .00
ILLINOIS DEPT OF EMPLOYM       UNSECURED          1931.00           .00           59.26
THOREK HOSPITAL & MEDICA       UNSECURED        NOT FILED           .00             .00
WASHINGTON MUTUAL CARD S       UNSECURED        NOT FILED           .00             .00
COMCAST CABLE COMMUNICAT       UNSECURED        NOT FILED           .00             .00
ESPERANZA GONZALES             NOTICE ONLY      NOT FILED           .00             .00
ROBERT J SEMRAD & ASSOC        REIMBURSEMENT        9.00            .00            9.00
ROBERT J SEMRAD & ASSOC        DEBTOR ATTY      2,500.00                         148.24
TOM VAUGHN                     TRUSTEE                                            48.71
DEBTOR REFUND                  REFUND                                               .00


       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 756.00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 04260 STEVEN L HOLLOWELL

```
PRIORITY                                                        9.00
SECURED                                                          .00
UNSECURED                                                      550.05
ADMINISTRATIVE                                                 148.24
TRUSTEE COMPENSATION                                            48.71
DEBTOR REFUND                                                    .00
                                   ---------------    ---------------
TOTALS                                      756.00             756.00
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


　　Dated: 07/22/08                    /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE